IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS HEALTH AND WELFARE FUND; and CHARLES A. WHOBREY, as Trustee, | ) ) ) ) ) | |
| *Plaintiffs*, | ) | Case No. 22-cv-3229 |
| v. | ) ) | Judge Mary M. Rowland |
| DENISE GIANGROSSO, an individual; PHILIP S. KINNEY, ESQ., an individual; and KINNEY & MOORE, PLLC, a Florida limited liability company, | ) ) ) ) ) | Magistrate Judge Sheila M. Finnegan |
| *Defendants.* | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, as Trustee, hereby give notice of their voluntary dismissal of the above captioned matter without prejudice.

Respectfully submitted,

*/s/Helen A. Lozano*
Helen A. Lozano
Central States Funds
8647 W. Higgins Road, 8th Floor
Chicago, Illinois 60631
(847) 582-5122
ARDC # 6321032
hlozano@centralstatesfunds.org

June 30, 2022                                                *ATTORNEY FOR PLAINTIFFS*

1

TM: 613230 / 22910008 / 6/30/2022