**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division**

| | |
|---|---|
| Central States Southeast & Southwest Areas Health & Welfare Fund, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:22−cv−03229 |
| | Honorable Mary M. Rowland |
| Denise Giangrosso, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

MINUTE entry before the Honorable Mary M. Rowland: In light of Plaintiffs' notice of voluntary dismissal [9], this action is dismissed pursuant to FRCP 41(a)(1)(A)(i) without prejudice. All deadlines stricken. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.